| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>ORVILLE MALCOLM<br>MARCIA MALCOLM | Case No.:  16-22832<br><br>Judge:  ROSEMARY GAMBARDELLA |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: July 21, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ORVILLE MALCOLM
MARCIA MALCOLM

Case No.: 16-22832RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of THE BANK OF NEW YORK MELLON, Court Claim Number 12, be reduced to amount of $0 , the amount paid to date through the plan by the Standing Trustee.