UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on July 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ORVILLE MALCOLM
   MARCIA MALCOLM

Case No.:  16-22832

Judge:  ROSEMARY GAMBARDELLA

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: July 21, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ORVILLE MALCOLM
MARCIA MALCOLM

Case No.: 16-22832RG

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of THE BANK OF NEW YORK MELLON, Court Claim Number 12, be reduced to amount of $0 , the amount paid to date through the plan by the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Orville Malcolm
Marcia Malcolm
    Debtors

Case No. 16-22832-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 24, 2017
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.
db/jdb         +Orville Malcolm,    Marcia Malcolm,    1978 Hillside Avenue,    Union, NJ 07083-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:
         Angela   Nascondiglio    on behalf of Debtor Orville   Malcolm nascondiglio@middlebrooksshapiro.com
         Angela   Nascondiglio    on behalf of Joint Debtor Marcia   Malcolm
         nascondiglio@middlebrooksshapiro.com
         Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
         AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
         CERTIFICATES, SERIES 2007-BC3 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com
         Jessica M. Minneci    on behalf of Joint Debtor Marcia    Malcolm jminneci@middlebrooksshapiro.com
         Jessica M. Minneci    on behalf of Debtor Orville   Malcolm jminneci@middlebrooksshapiro.com
         Marie-Ann   Greenberg    magecf@magtrustee.com
         Melinda D. Middlebrooks    on behalf of Debtor Orville   Malcolm
         middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
         Melinda D. Middlebrooks    on behalf of Joint Debtor Marcia    Malcolm
         middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
                                                                                                               TOTAL: 9