Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−22832−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Orville Malcolm
1978 Hillside Avenue
Union, NJ 07083

Marcia Malcolm
1978 Hillside Avenue
Union, NJ 07083

Social Security No.:
xxx−xx−0316

xxx−xx−9630

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      10/24/17
Time:      10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks, Debtor's Attorney

COMMISSION OR FEES
fee: $1,215.00

EXPENSES
expenses: $2.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 26, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-22832-RG
Orville Malcolm                                                         Chapter 13
Marcia Malcolm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Sep 26, 2017
                              Form ID: 137             Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2017.
```
db/jdb         +Orville Malcolm,    Marcia Malcolm,    1978 Hillside Avenue,    Union, NJ 07083-4408
aty             Pluese, Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Mt. Laurel, NJ 08054-4318
516269545       American Education Services,    Payment Center,    Harrisburg, PA 17130-0001
516269552      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd.,    Attn: Bankruptcy Department,    PO Box 20363,
                  Kansas City, MO 64195)
516269554      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
516269547      +Capital One Bank,    Attn: Bankruptcy Department,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516269549       Chase Bank USA,    Bank One Card,    Elgin, IL 60124
516269550      +Chase Manhatten Mortgage,    Attn: Bankruptcy Department,    3415 Vision Drive,
                 Columbus, OH 43219-6009
516269551      +Chase Mht Bank,    Attn: Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
516269555      +Consumer Portfolio Service,    Attn: Bankruptcy,    19500 Jamboree Road,    Irvine, CA 92612-2411
516269557      +DPL Assc Ltd,    PO Box 188,    Congers, NY 10920-0188
516444981       ECMC,    Po Box 16408,    Saint Paul MN 55116-0408
516269558       ECMC,    PO Box 64909,    Saint Paul, MN 55164-0909
516269559      +EFS Finance,    1200 North 7th Street,    Harrisburg, PA 17102-1419
516269560      +Fashion Bug,    PO Box 182273,    Columbus, OH 43218-2273
516269561      +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
516269563       Green Tree Servicing LLC (now Ditech Financial LLC,    PO box 94710,    Palatine IL 60094-4710
516269564      +HSBC Bank,    PO Box 5213,    Carol Stream, IL 60197-5213
516269565      +HSBC/RS,    PO Box 30253,    Salt Lake City, UT 84130-0253
516269566      +Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
516269567      +Industiral Accep Corp,    138 Orange Street,    New Haven, CT 06510-3121
516269569      +Investors Savings Bank,    101 JFK Parkway,    Short Hills, NJ 07078-2793
516269570      +LCT Medical,    1182 Stuyvesant Avenue,    Floor 1,    Irvington, NJ 07111-1057
516269574      +Metabank Fingerhut,    600 Main Avenue,    PO BOX 98,    Brookings, SD 57006-0098
516269577     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    Attn: Bankruptcy Department,
                  350 Highland Drive,    Lewisville, TX 75067)
516269583      +PVN/C,    PO Box 15298,    Wilmington, DE 19850-5298
516269581       Phillips & Cohen Associates, Ltd.,    Mail Stop: 146,    1002 Justison Street,
                 Wilmington, DE 19801-5148
516269582      +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
516269585      +Saxon Mortgage Service,    4700 Mercantile Drive North,    Fort Worth, TX 76137-3605
516269586      +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
516269587      +State of New Jersey,    Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
516269589     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    4 Gatehall Drive,    Suite 350,
                  Parsippany, NJ 07054)
516269588      +Target Credit Card,    Attn: Financial & Retail Services,    Mailstop BT,    PO Box 9475,
                 Minneapolis, MN 55440-9475
516269590      +Toyota Motor Credit Company,    Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52408-8026
516269591      +Verizon,    500 Technology Drive,    Suite 30,    Saint Charles, MO 63304-2225
516269592      +Verizon Wireless,    500 Technology Drive, Suite 550,    Weldon Spring, MO 63304-2225
516269593      +Victoria's Secret,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
516269596      +WF Finanacial Bank,    Attn: Bankruptcy Department,    PO Box 10438,    Des Moines, IA 50306-0438
516269597      +WF Financial,    Attn: Bankruptcy Department,    PO Box 29704,    Phoenix, AZ 85038-9704
516269595      +Wells Fargo,    800 Walnut Street,    Des Moines, IA 50309-3891
516269598      +XLS/Cit Bank,    One CIT Drive,    Livingston NJ 07039-5703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2017 22:43:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2017 22:43:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 26 2017 22:47:39      Ascension Capital Group,
                 HSBC Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
lm              E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 22:47:03      Green Tree Servicing, LLC,
                 332 Minnesota Street,    Suite 610,    Saint Paul, MN 55101
516297208       E-mail/Text: bankruptcy@consumerportfolio.com Sep 26 2017 22:44:06
                 CONSUMER PORTFOLIO SERVICES , INC.,    PO BOX 57071,    IRVINE, CA 92619 - 7071
516294268      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 26 2017 22:47:22
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516269546      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 26 2017 22:47:42
                 Capital One Auto Finance,    3905 N. Dallas Parkway,    Plano, TX 75093-7892
516487606      +E-mail/Text: bnc@bass-associates.com Sep 26 2017 22:43:14      Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
```

```
District/off: 0312-2          User: admin                 Page 2 of 3                   Date Rcvd: Sep 26, 2017
                              Form ID: 137                Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516334021      +E-mail/Text: bncmail@w-legal.com Sep 26 2017 22:44:05     Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516269548      +E-mail/Text: bk.notifications@jpmchase.com Sep 26 2017 22:43:43     Chase Auto,
                 Attn: National Bankruptcy Department,    PO Box 29505,   Phoenix, AZ 85038-9505
516269556      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2017 22:47:46      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
516269562      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 22:47:18     GEMB,   Walmart,
                 Attn: Bankruptcy Department,   PO Box 103104,    Roswell, GA 30076-9104
516269568       E-mail/Text: cio.bncmail@irs.gov Sep 26 2017 22:43:30     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516472699       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 26 2017 22:44:09     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
516269572      +E-mail/Text: bkr@cardworks.com Sep 26 2017 22:43:12     Merrick Bank,
                 Attn: Bankruptcy Department,   PO Box 9201,    Old Bethpage, NY 11804-9001
516269571      +E-mail/Text: bkr@cardworks.com Sep 26 2017 22:43:12     Merrick Bank,   Attn: Bankruptcy,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
516269573      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 26 2017 22:44:32      Metabank,   Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
516269575      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2017 22:43:55     Midland Funding,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
516269578       E-mail/PDF: pa_dc_claims@navient.com Sep 26 2017 22:47:42     Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
516269579      +E-mail/PDF: pa_dc_claims@navient.com Sep 26 2017 22:47:40     Navient,
                 Attn: Claims Department,    PO Box 9500,   Wilkes Barre, PA 18773-9500
516269580      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 22:47:34     PC Richards & Sons,
                 Attn: Bankruptcy Department,   PO Box 103104,    Roswell, GA 30076-9104
516487688       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2017 23:22:31
                 Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,   Norfolk VA 23541
516432325      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 26 2017 22:44:09     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
516430768       E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2017 22:43:47
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
516285802       E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2017 22:43:47
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
516269584      +E-mail/Text: bankruptcy@savit.com Sep 26 2017 22:44:46     Sa-Vit Enterprises,
                 46 W Ferris Street,    East Brunswick, NJ 08816-2159
516497487       E-mail/Text: bankruptcy.bnc@ditech.com Sep 26 2017 22:43:40     The Bank of New York Mellon,
                 c/o Ditech Financial LLC,    PO Box 6154,   Rapid City, SD 57709-6154
516269594      +E-mail/Text: collect@williamsalexander.com Sep 26 2017 22:43:39      Waassociates,   PO Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516269553*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank USA,    Citicorp Credit Service,
                 Attn: Bankruptcy Department,    PO Box 20507,   Kansas City, MO 64195)
516269576*     +Midland Funding LLC,   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                                      Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Sep 26, 2017
                              Form ID: 137             Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2017 at the address(es) listed below:
```
              Angela   Nascondiglio    on behalf of Debtor Orville  Malcolm nascondiglio@middlebrooksshapiro.com
              Angela   Nascondiglio    on behalf of Joint Debtor Marcia  Malcolm
               nascondiglio@middlebrooksshapiro.com
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2007-BC3 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com
              Jessica M. Minneci    on behalf of Joint Debtor Marcia   Malcolm jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Debtor Orville   Malcolm jminneci@middlebrooksshapiro.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Marcia   Malcolm
               middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Debtor Orville   Malcolm
               middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
                                                                                             TOTAL: 9
```