UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtors,
Orville and Marcia Malcolm

In Re:

ORVILLE and MARCIA MALCOLM,

Chapter 13 Debtors.

Order Filed on October 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-22832 (RG)

Chapter:  13

Judge:  Rosemary Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 31, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ _____1,215.00_____ for services rendered and expenses in the amount of $_____2.00_____ for a total of $_____1,217.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification of the Debtors' Chapter 13 Plan is necessary.  Debtors retained firm and paid a $2,000.00 initial retainer and filing fee of $310.00, with the balance of the retainer to be paid through the Chapter 13 plan.  Firm seeks payment of supplemental fees and expenses in the total sum of $1,217.00, consisting of $1,215.00 in supplemental fees and reimbursement of expenses in the sum of $2.00 to be paid outside the Chapter 13 plan.

This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                          Case No. 16-22832-RG
Orville Malcolm                                                 Chapter 13
Marcia Malcolm
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Nov 01, 2017
                            Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.
db/jdb          +Orville Malcolm,    Marcia Malcolm,    1978 Hillside Avenue,    Union, NJ 07083-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:
              Angela   Nascondiglio    on behalf of Debtor Orville  Malcolm nascondiglio@middlebrooksshapiro.com
              Angela   Nascondiglio    on behalf of Joint Debtor Marcia  Malcolm
               nascondiglio@middlebrooksshapiro.com
              Brian C. Nicholas    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2007-BC3 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com
              Jessica M. Minneci    on behalf of Joint Debtor Marcia   Malcolm jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Debtor Orville   Malcolm jminneci@middlebrooksshapiro.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Orville   Malcolm
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Marcia   Malcolm
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
                                                                                              TOTAL: 9