| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>middlebrooks@middlebrooksshapiro.com<br>Attorneys for Chapter 13 Debtors,<br>Orville and Marcia Malcolm | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>FEB 27 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>ORVILLE and MARCIA MALCOLM,<br><br>Chapter 13 Debtors. | Case No.:   16-22832 (RG)<br>Chapter:    13<br>Judge:      Rosemary Gambardella |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

*/s/ Rosemary Gambardella*

2-27-19

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ ____655.00____ for services rendered and expenses in the amount of $____1.00____ for a total of $____656.00____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for ____----____ months to allow for payment of the above fee.

No modification of the Debtors' Chapter 13 Plan is necessary. Debtors retained firm and paid a $2,000.00 initial retainer and filing fee of $310.00, with the balance of the retainer to be paid through the Chapter 13 plan. Firm seeks payment of supplemental fees and expenses in the total sum of $656.00, consisting of $655.00 in supplemental fees and reimbursement of expenses in the sum of $1.00 to be paid outside the Chapter 13 plan.

This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*

2