**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                                 Case No.:        16-22832-RG
ORVILLE MALCOLM and
MARCIA MALCOLM,                                         Judge:           Gambardella

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: 3/14/2019

☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/AN          Initial Debtor: /s/OM          Initial Co-Debtor: /s/MM

The Debtor has paid $3100.00 over thirty-one (31) months, and;

## Part 1:  Payment and Length of Plan

a. The debtor shall pay $ __380.00__ per __month__ to the Chapter 13 Trustee, starting on __March 1, 2019__ for approximately __29__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1500.00 plus any additional fees awarded by the Court. |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Carrington Mortgage Services, LLC | 1978 Hillside Avenue, Union, NJ 07083 | $11,055.62 (Per executed Consent Order Resolving Motion for Relief) | - | $11,055.62 (Per executed Consent Order Resolving Motion for Relief) | $1800.41 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Consumer Portfolio Services (POC #2) | 2011 Nissan Altima | $21.38 (POC #2) | - | $21.38 (POC #2) | $521.00 |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments    ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender  ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

    1) Ch. 13 Standing Trustee commissions

    2) Administrative / Legal Fees and Costs

    3) Priority Unsecured Claims

    4) Secured Claims

    5) General Unsecured Claims

    **d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 7/11/16 Docket No. 10.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being modified pursuant to Consent Order Resolving Motion for Relief filed by mortgage company. | Part 1(a) is being modified to increase payment amount and update time remaining under Plan; and Part 4(a) is being modified to reflect payment of post-petition arrears to Carrington Mortgage through the Plan pursuant to Consent Order Resolving Motion for Relief. |

Are Schedules I and J being filed simultaneously with this Modified Plan?  ☐ Yes  ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 3/21/2019    /s/Orville Malcolm
Debtor

Date: 3/21/2019    /s/Marcia Malcolm
Joint Debtor

Date: 3/21/2019    /s/Angela Nascondiglio
Attorney for Debtor(s)

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                          Case No. 16-22832-RG
Orville Malcolm                                                 Chapter 13
Marcia Malcolm
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 3                   Date Rcvd: Mar 21, 2019
                               Form ID: pdf901             Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db/jdb         +Orville Malcolm,    Marcia Malcolm,    1978 Hillside Avenue,    Union, NJ 07083-4408
aty             Pluese, Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Mt. Laurel, NJ 08054-4318
cr             +PROBER & RAPHAEL,,    20750 Ventura Boulevard, Suite 100,    Woodland Hills,, CA 91364-6207
516269545       American Education Services,    Payment Center,   Harrisburg, PA 17130-0001
516269552      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:    Citibank Sd.,    Attn: Bankruptcy Department,    PO Box 20363,
                 Kansas City, MO 64195)
516269554      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court:    Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
516269549       Chase Bank USA,    Bank One Card,   Elgin, IL 60124
516269550      +Chase Manhatten Mortgage,    Attn: Bankruptcy Department,    3415 Vision Drive,
                 Columbus, OH 43219-6009
516269551      +Chase Mht Bank,    Attn: Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
516269555      +Consumer Portfolio Service,    Attn: Bankruptcy,    19500 Jamboree Road,    Irvine, CA 92612-2411
516269557      +DPL Assc Ltd,    PO Box 188,   Congers, NY 10920-0188
516444981       ECMC,   Po Box 16408,   Saint Paul MN 55116-0408
516269558       ECMC,   PO Box 64909,   Saint Paul, MN 55164-0909
516269559      +EFS Finance,    1200 North 7th Street,    Harrisburg, PA 17102-1419
516269561      +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
516269563       Green Tree Servicing LLC (now Ditech Financial LLC,    PO box 94710,    Palatine IL 60094-4710
516269564      +HSBC Bank,   PO Box 2013,    Buffalo, NY 14240-2013
516269565      +HSBC/RS,   PO Box 30253,    Salt Lake City, UT 84130-0253
516269566      +Imaging Consultants of Essex,    PO Box 3247,   Indianapolis, IN 46206-3247
516269567      +Industiral Accep Corp,    138 Orange Street,   New Haven, CT 06510-3121
516269569      +Investors Savings Bank,    101 JFK Parkway,   Short Hills, NJ 07078-2793
516269570      +LCT Medical,    1182 Stuyvesant Avenue,    Floor 1,   Irvington, NJ 07111-1057
516269574      +Metabank Fingerhut,    600 Main Avenue,    PO BOX 98,   Brookings, SD 57006-0098
516269577      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage,    Attn: Bankruptcy Department,
                 350 Highland Drive,    Lewisville, TX 75067)
516269583      +PVN/C,   PO Box 15298,   Wilmington, DE 19850-5298
516269581       Phillips & Cohen Associates, Ltd.,    Mail Stop: 146,    1002 Justison Street,
                 Wilmington, DE 19801-5148
516269582      +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,   Suite 900,    Mount Laurel, NJ 08054-4318
516269585      +Saxon Mortgage Service,    4700 Mercantile Drive North,    Fort Worth, TX 76137-3605
516269586      +Sears/CBNA,    PO Box 6282,   Sioux Falls, SD 57117-6282
516269587      +State of New Jersey,    Department of Labor,    PO Box 951,   Trenton, NJ 08625-0951
517268386      +THE BANK OF NEW YORK MELLON, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
517268387      +THE BANK OF NEW YORK MELLON, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806,   THE BANK OF NEW YORK MELLON, et al,
                 c/o Carrington Mortgage Services, LLC 92806-5948
516269589      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:    Toyota Motor Credit,    4 Gatehall Drive,   Suite 350,
                 Parsippany, NJ 07054)
516269588      +Target Credit Card,    Attn: Financial & Retail Services,    Mailstop BT,    PO Box 9475,
                 Minneapolis, MN 55440-9475
516269590      +Toyota Motor Credit Company,    Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52408-8026
516269596      +WF Finanacial Bank,    Attn: Bankruptcy Department,    PO Box 10438,   Des Moines, IA 50306-0438
516269597      +WF Financial,    Attn: Bankruptcy Department,    PO Box 29704,   Phoenix, AZ 85038-9704
516269595      +Wells Fargo,    800 Walnut Street,   Des Moines, IA 50309-3891
516269598      +XLS/Cit Bank,    One CIT Drive,   Livingston NJ 07039-5703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2019 23:48:15      Ascension Capital Group,
                 HSBC Auto Finance,    PO Box 201347,   Arlington, TX 76006-1347
lm              E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:01     Green Tree Servicing, LLC,
                 332 Minnesota Street,    Suite 610,   Saint Paul, MN 55101
516297208       E-mail/Text: bankruptcy@consumerportfolio.com Mar 21 2019 23:46:28
                 CONSUMER PORTFOLIO SERVICES , INC.,    PO BOX 57071,   IRVINE, CA 92619 - 7071
516269546      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 21 2019 23:48:18
                 Capital One Auto Finance,    3905 N. Dallas Parkway,   Plano, TX 75093-7892
516294268      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2019 23:48:15
                 Capital One Auto Finance,    Attn: Portfolio Services, LP,    4515 N Santa Fe Ave.,    Dept. APS,
                 Oklahoma City, OK 73118-7901
516269547      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:48:43      Capital One Bank,
                 Attn: Bankruptcy Department,    PO Box 30285,   Salt Lake City, UT 84130-0285
```

```
District/off: 0312-2            User: admin             Page 2 of 3             Date Rcvd: Mar 21, 2019
                                Form ID: pdf901         Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516487606      +E-mail/Text: bnc@bass-associates.com Mar 21 2019 23:45:26     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
516334021      +E-mail/Text: bncmail@w-legal.com Mar 21 2019 23:46:27     Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516269548      +E-mail/Text: bk.notifications@jpmchase.com Mar 21 2019 23:46:08     Chase Auto,
                 Attn: National Bankruptcy Department,   PO Box 29505,   Phoenix, AZ 85038-9505
516269556      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2019 23:48:41     Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
516269560      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 21 2019 23:46:01     Fashion Bug,
                 PO Box 182273,   Columbus, OH 43218-2273
516269562      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:49:02     GEMB,   Walmart,
                 Attn: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
516269568       E-mail/Text: cio.bncmail@irs.gov Mar 21 2019 23:45:45     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516472699       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2019 23:46:28     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
516269572      +E-mail/Text: bkr@cardworks.com Mar 21 2019 23:45:17     Merrick Bank,
                 Attn: Bankruptcy Department,   PO Box 9201,   Old Bethpage, NY 11804-9001
516269571      +E-mail/Text: bkr@cardworks.com Mar 21 2019 23:45:17     Merrick Bank,   Attn: Bankruptcy,
                 PO Box 9201,   Old Bethpage, NY 11804-9001
516269573      +E-mail/Text: bnc-bluestem@quantum3group.com Mar 21 2019 23:46:47     Metabank, Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
516269575      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 23:46:15     Midland Funding,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
516269578       E-mail/PDF: pa_dc_claims@navient.com Mar 21 2019 23:49:17     Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
516269579      +E-mail/PDF: pa_dc_claims@navient.com Mar 21 2019 23:49:14     Navient,
                 Attn: Claims Department,   PO Box 9500,   Wilkes Barre, PA 18773-9500
516269580      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:32     PC Richards & Sons,
                 Attn: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
516487688       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:10
                 Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,   Norfolk VA 23541
516432325      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2019 23:46:28     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516430768       E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2019 23:46:09
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
516285802       E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2019 23:46:09
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
516269584      +E-mail/Text: bankruptcy@savit.com Mar 21 2019 23:47:00     Sa-Vit Enterprises,
                 46 W Ferris Street,   East Brunswick, NJ 08816-2159
516497487       E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2019 23:45:56     The Bank of New York Mellon,
                 c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
516269591      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2019 23:45:19
                 Verizon,   500 Technology Drive,   Suite 30,   Saint Charles, MO 63304-2225
516269592      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2019 23:45:19
                 Verizon Wireless,   500 Technology Drive, Suite 550,   Weldon Spring, MO 63304-2225
516269593      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 21 2019 23:46:01     Victoria's Secret,
                 Attn: Bankruptcy,   PO Box 182125,   Columbus, OH 43218-2125
516269594      +E-mail/Text: collect@williamsalexander.com Mar 21 2019 23:45:55     Waassociates,   PO Box 2148,
                 Wayne, NJ 07474-2148
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516269553*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Citibank USA,   Citicorp Credit Service,
                 Attn: Bankruptcy Department,   PO Box 20507,   Kansas City, MO 64195)
516269576*     +Midland Funding LLC,   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Mar 21, 2019
                              Form ID: pdf901          Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
          Angela   Nascondiglio    on behalf of Debtor Orville  Malcolm nascondiglio@middlebrooksshapiro.com
          Angela   Nascondiglio    on behalf of Joint Debtor Marcia   Malcolm
           nascondiglio@middlebrooksshapiro.com
          Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
           CERTIFICATES, SERIES 2007-BC3 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Celine P. Derkrikorian    on behalf of Creditor   Ditech Financial LLC njecfmail@mwc-law.com
          Jessica M. Minneci    on behalf of Joint Debtor Marcia  Malcolm jminneci@middlebrooksshapiro.com
          Jessica M. Minneci    on behalf of Debtor Orville  Malcolm jminneci@middlebrooksshapiro.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Joint Debtor Marcia   Malcolm
           middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Debtor Orville   Malcolm
           middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Scott D. Sherman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
           CERTIFICATES, SERIES 2007-BC3 ssherman@minionsherman.com
                                                                                             TOTAL: 10
```