UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT D. SHERMAN, ESQUIRE
Bar ID: 019961992
Minion & Sherman
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
(973) 882-2424
Attorney for Secured Creditor THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3
C.241-6840.NF

In Re:

Orville Malcolm and Marcia Malcolm

**Order Filed on March 25, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-22832-RG

Adv. No.:

Hearing Date: 01/16/19 at 10:00 a.m.

Judge: R. Gambardella

## CONSENT ORDER RE ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through  four (4)  is hereby **ORDERED**.

**DATED: March 25, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
**Debtors: Orville Malcolm and Marcia Malcolm**
**Case No. 16-22832-RG**
**Caption of Order: Consent Order Re Adequate Protection**

---

IT IS HEREBY CONSENTED by and between Movant, The Bank of New York Mellon, f/k/a The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, its assignees and/or successors in interest, through its retained counsel, Scott D. Sherman, Esquire, for Prober & Raphael, A Law Corporation, and Debtors Orville Malcolm and Marcia Malcolm, through their counsel, Angela Nascondiglio, of Middlebrooks Shapiro, P.C., Esquire, as follows:

1. Debtors shall maintain the regular monthly payments on Movant's loan obligation, and otherwise comply with all other terms of the subject Note and Mortgage, including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, encumbering the subject Property, generally described as **1978 Hillside Ave, Union, New Jersey 07083**, in a timely fashion, commencing with the March 2019 payment. Payments on Movant's loan obligation shall be made to Movant's servicing agent, Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

2. Debtors shall pay off arrearages in the total amount of $11,055.62, representing the September 2018 through February 2019 monthly payments plus attorneys' fees and costs of $531.00, less suspense of $-41.52. Said arrearages shall be paid through the Debtors' Chapter 13 Plan. Movant may file a Supplemental Proof of Claim to reflect the addition of said fees.

3. The automatic stay of 11 U.S.C. § 362 be, and same is hereby, continued in effect with respect to Movant, its successors and assigns, and the Property, provided that Debtors timely pays the *ad valorem* taxes going forward and maintain property insurance, if not escrowed for such. If the loan is escrowed, Debtors shall also be obligated to pay the full amount of escrow due and proceed with all requirements under the loan, including but not limited to timely notifying Movant in the event different insurance is requested. These obligations shall continue annually thereafter until the indebtedness secured by the Property is fully paid.

4. Should any future payment to the mortgagee not be made within 30 days of its due date, including all *ad valorem* taxes in full within the specified time period, or should Debtors' insurance lapse or be cancelled, then upon certification to be filed with this Court and on notice to the Debtors, the Debtors' attorney and the Trustee, The Bank of New York Mellon, f/k/a The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, its assignees and/or successors in interest, shall be entitled to an Order for Relief from the Automatic Stay with respect to the Debtors' real property commonly known as **1978 Hillside Ave, Union, New Jersey 07083**.

5. Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

6. Should Movant obtain relief from the automatic stay due to a breach of the terms of this Order, any Order for Relief from the Automatic Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

Case 16-22832-RG    Doc 89    Filed 03/27/19    Entered 03/28/19 00:41:36    Desc Imaged
                      Certificate of Notice    Page 3 of 5

(Page 3)
**Debtors: Orville Malcolm and Marcia Malcolm**
**Case No. 16-22832-RG**
**Caption of Order: Consent Order Re Adequate Protection**

---

7. A Notice of Fees, Expenses, and Charges pursuant to Bankruptcy Rule 3002.1(c) is not required for the fees and costs included and disclosed as part this Order.

8. In the event the instant bankruptcy proceeding is dismissed or discharged, this Consent Order shall be terminated and have no further force or effect.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

By _____
SCOTT D. SHERMAN, ESQUIRE
Bar ID: 019961992
Minion & Sherman
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
(973) 882-2424
Attorney for Secured Creditor
C.241-6840.NF

By _____  2/26/19
ANGELA NASCONDIGLIO, ESQUIRE
Bar ID: 156112015
Middlebrooks Shapiro, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Attorney for Debtor

(Page 4)
Debtors: Orville Malcolm and Marcia Malcolm
Case No. 16-22832-RG
Caption of Order: Consent Order Re Adequate Protection

## CERTIFICATE OF MAILING

I hereby certify that on _____, 2019, a copy of the foregoing Order was served on each of the following: Movant.

_____

United States Bankruptcy Court
District of New Jersey

In re:
Orville Malcolm
Marcia Malcolm
      Debtors

Case No. 16-22832-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 25, 2019
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
db/jdb         +Orville Malcolm,    Marcia Malcolm,    1978 Hillside Avenue,    Union, NJ 07083-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:
            Angela  Nascondiglio    on behalf of Joint Debtor Marcia  Malcolm nascondiglio@middlebrooksshapiro.com
            Angela  Nascondiglio    on behalf of Debtor Orville  Malcolm nascondiglio@middlebrooksshapiro.com
            Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Celine P. Derkrikorian    on behalf of Creditor    Ditech Financial LLC njecfmail@mwc-law.com
            Jessica M. Minneci    on behalf of Joint Debtor Marcia  Malcolm jminneci@middlebrooksshapiro.com
            Jessica M. Minneci    on behalf of Debtor Orville  Malcolm jminneci@middlebrooksshapiro.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
            Melinda D. Middlebrooks    on behalf of Debtor Orville  Malcolm middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
            Melinda D. Middlebrooks    on behalf of Joint Debtor Marcia  Malcolm middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
            Scott D. Sherman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 ssherman@minionsherman.com
                                                                                                                          TOTAL: 10