Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−22832−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Orville Malcolm | Marcia Malcolm |
| 1978 Hillside Avenue | 1978 Hillside Avenue |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
  xxx−xx−0316                                              xxx−xx−9630

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/1/21 at 10:00 AM

to consider and act upon the following:

**99** − Certification in Opposition to Creditor Default (related document:98 Creditor's Certification of Default (related document:88 Order on Motion For Relief From Stay) filed by Elizabeth K. Holdren on behalf of THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET−BACKED CERTIFICATES, SERIES 2007−BC3. Objection deadline is 07/26/2021. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET−BACKED CERTIFICATES, SERIES 2007−BC3) filed by Angela Nascondiglio Stein on behalf of Marcia Malcolm, Orville Malcolm. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 7/27/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court