Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−22832−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Orville Malcolm | Marcia Malcolm |
| 1978 Hillside Avenue | 1978 Hillside Avenue |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
   xxx−xx−0316                                               xxx−xx−9630

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/1/21 at 10:00 AM

to consider and act upon the following:

**99** − Certification in Opposition to Creditor Default (related document:98 Creditor's Certification of Default (related document:88 Order on Motion For Relief From Stay) filed by Elizabeth K. Holdren on behalf of THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET−BACKED CERTIFICATES, SERIES 2007−BC3. Objection deadline is 07/26/2021. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET−BACKED CERTIFICATES, SERIES 2007−BC3) filed by Angela Nascondiglio Stein on behalf of Marcia Malcolm, Orville Malcolm. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 7/27/21

                                                                           Jeanne Naughton
                                                                           Clerk, U.S. Bankruptcy Court

Case 16-22832-RG Doc 101 Filed 07/29/21 Entered 07/30/21 00:13:06 Desc Imaged
Certificate of Notice Page 2 of 3

United States Bankruptcy Court

District of New Jersey

In re: Case No. 16-22832-RG

Orville Malcolm  
Chapter 13

Marcia Malcolm

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: ntchrgbk | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Orville Malcolm, Marcia Malcolm, 1978 Hillside Avenue, Union, NJ 07083-4408 |
| aty | | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| cr | + | PROBER & RAPHAEL,, 20750 Ventura Boulevard, Suite 100, Woodland Hills,, CA 91364-6207 |
| cr | + | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | The Bank of New York Mellon, F/K/A The Bank of New, 21 Roszel Road, Princeton, NJ 08540-6669 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 27 2021 20:31:45 | Ascension Capital Group, HSBC Auto Finance, PO Box 201347, Arlington, TX 76006-1347 |
| lm | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:35 | Green Tree Servicing, LLC, 332 Minnesota Street, Suite 610, Saint Paul, MN 55101-1314 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

**Name**    **Email Address**

Angela Catherine Pattison
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 apattison@hillwallack.com, hwbknj@hillwallack.com

Angela Nascondiglio Stein
    on behalf of Debtor Orville Malcolm nascondiglio@middlebrooksshapiro.com

Angela Nascondiglio Stein
    on behalf of Joint Debtor Marcia Malcolm nascondiglio@middlebrooksshapiro.com

Brian C. Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Celine P. Derkrikorian
    on behalf of Creditor Ditech Financial LLC njecfmail@mwc-law.com

Elizabeth K. Holdren
    on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, through Carrington Mortgage Services, LLC, eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

Elizabeth K. Holdren
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

Jessica M. Minneci
    on behalf of Joint Debtor Marcia Malcolm jminneci@middlebrooksshapiro.com

Jessica M. Minneci
    on behalf of Debtor Orville Malcolm jminneci@middlebrooksshapiro.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Joint Debtor Marcia Malcolm middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
    on behalf of Debtor Orville Malcolm middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Scott D. Sherman
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 ssherman@minionsherman.com

TOTAL: 13