| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609.734.6345<br>Email: eholdren@hillwallack.com<br>*Attorneys for Carrington Mortgage Services, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3* | Order Filed on November 30, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Orville Malcolm and Marcia Malcolm<br><br>          Debtor. | Case No.: 16-22832-RG<br><br>Chapter: 13 |

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 30, 2021**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page | 2**
Debtor:   Orville Malcolm and Marcia Malcolm
Case No: 16-22832-RG
Caption: Order Resolving Creditor's Certification of Default

| | |
|---|---|
| Applicant: | Carrington Mortgage Services, LLC ("Secured Creditor) |
| Applicant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Melinda D. Middlebrooks, Esq. |
| Property Involved ("Collateral"): | 1978 Hillside Avenue, Union, NJ 07083 |

Relief sought:
- ✓ Motion for relief from the automatic stay (Certification of Debtors' Default)
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor was overdue for three (3) monthly payments, from May 1, 2021 to July 1, 2021 in the amount of $1,754.38 each, as of the filing of the Certification of Debtors' Default on July 12, 2021.

   - The debtor has since become due for two (2) more additional monthly payments from August 1, 2021 to September 1, 2021 in the amount of $1,754.38.

   - Accordingly, Debtors' total arrearages due are $8,771.90.

2. Debtor must cure all post-petition arrearages, as follows:

   - Debtor has made payments to cure the default through and including the September 1, 2021 payment.

   - Beginning on October 1, 2021, regular monthly mortgage payments shall continue to be made in the amount $1,754.38, subject to adjustment on Notice to the parties.

3. Payments to the Secured Creditor shall be made to the following address(es):

   Carrington Mortgage Services, LLC
   P.O. Box 3730
   Anaheim, CA 92806

**Page | 3**
Debtor:  Orville Malcolm and Marcia Malcolm
Case No: 16-22832-RG
Caption: Order Resolving Creditor's Certification of Default

In the event of Default:

If the Debtor fails to maintain any regular monthly payment when due, then the Secured Creditor shall be awarded Stay Relief as to the Collateral by filing, with the Bankruptcy Court, a Certification of Default specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

4. Award of Attorneys' Fees:

✓ The Applicant is awarded attorney fees of $<u>200.00</u>. The fees and costs are payable through the Chapter 13 plan.