| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Orville Malcolm <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0316 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Marcia Malcolm <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9630 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–22832–RG | |

# Order of Discharge       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Orville Malcolm                Marcia Malcolm

12/15/21                **By the court:** <u>Rosemary Gambardella</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Orville Malcolm  
Marcia Malcolm  
    Debtors

Case No. 16-22832-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 15, 2021 | Form ID: 3180W | Total Noticed: 75 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Orville Malcolm, Marcia Malcolm, 1978 Hillside Avenue, Union, NJ 07083-4408 |
| aty | | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| cr | + | PROBER & RAPHAEL,, 20750 Ventura Boulevard, Suite 100, Woodland Hills,, CA 91364-6207 |
| cr | + | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | The Bank of New York Mellon, F/K/A The Bank of New, 21 Roszel Road, Princeton, NJ 08540-6669 |
| 516269549 | | Chase Bank USA, Bank One Card, Elgin, IL 60124 |
| 516269555 | + | Consumer Portfolio Service, Attn: Bankruptcy, 19500 Jamboree Road, Irvine, CA 92612-2437 |
| 516269557 | + | DPL Assc Ltd, PO Box 188, Congers, NY 10920-0188 |
| 516269559 | + | EFS Finance, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 516269563 | | Green Tree Servicing LLC (now Ditech Financial LLC, PO box 94710, Palatine IL 60094-4710 |
| 516269566 | + | Imaging Consultants of Essex, PO Box 3247, Indianapolis, IN 46206-3247 |
| 516269567 | + | Industiral Accep Corp, 138 Orange Street, New Haven, CT 06510-3121 |
| 516269569 | + | Investors Savings Bank, 101 JFK Parkway, Short Hills, NJ 07078-2793 |
| 516269570 | + | LCT Medical, 1182 Stuyvesant Avenue, Floor 1, Irvington, NJ 07111-1057 |
| 516269574 | + | Metabank Fingerhut, 600 Main Avenue, PO BOX 98, Brookings, SD 57006-0098 |
| 516269577 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, Attn: Bankruptcy Department, 350 Highland Drive, Lewisville, TX 75067 |
| 516269583 | + | PVN/C, PO Box 15298, Wilmington, DE 19850-5298 |
| 516269581 | | Phillips & Cohen Associates, Ltd., Mail Stop: 146, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 516269582 | + | Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 516269585 | + | Saxon Mortgage Service, 4700 Mercantile Drive North, Fort Worth, TX 76137-3605 |
| 516269587 | + | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 516497487 | | The Bank of New York Mellon, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 516269598 | + | XLS/Cit Bank, One CIT Drive, Livingston NJ 07039-5703 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Dec 16 2021 01:23:00 | Ascension Capital Group, HSBC Auto Finance, PO Box 201347, Arlington, TX 76006-1347 |
| lm | + | EDI: RMSC.COM | Dec 16 2021 01:23:00 | Green Tree Servicing, LLC, 332 Minnesota Street, Suite 610, Saint Paul, MN 55101-1314 |
| 516269545 | | Email/Text: bncnotifications@pheaa.org | Dec 15 2021 20:25:00 | American Education Services, Payment Center, Harrisburg, PA 17130-0001 |
| 516269552 | | EDI: CITICORP.COM | | |

Case 16-22832-RG    Doc 121    Filed 12/17/21    Entered 12/18/21 00:15:10    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 15, 2021 | Form ID: 3180W | Total Noticed: 75 |

| | | | |
|---|---|---|---|
| 516269553 | EDI: CITICORP.COM | Dec 16 2021 01:23:00 | Citibank Sd., Attn: Bankruptcy Department, PO Box 20363, Kansas City, MO 64195 |
| 516269554 | EDI: CITICORP.COM | Dec 16 2021 01:23:00 | Citibank USA, Citicorp Credit Service, Attn: Bankruptcy Department, PO Box 20507, Kansas City, MO 64195 |
| 516297208 | Email/Text: bankruptcy@consumerportfolio.com | Dec 16 2021 01:23:00 | Citifinancial, 300 Saint Paul Place, Baltimore, MD 21202 |
| | | Dec 15 2021 20:25:00 | CONSUMER PORTFOLIO SERVICES , INC., PO BOX 57071, IRVINE, CA 92619 - 7071 |
| 516269546 | + EDI: CAPONEAUTO.COM | Dec 16 2021 01:23:00 | Capital One Auto Finance, 3905 N. Dallas Parkway, Plano, TX 75093-7892 |
| 516294268 | + EDI: AISACG.COM | Dec 16 2021 01:23:00 | Capital One Auto Finance, Attn: Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 516269547 | + EDI: CAPITALONE.COM | Dec 16 2021 01:23:00 | Capital One Bank, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516487606 | + EDI: BASSASSOC.COM | Dec 16 2021 01:23:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516334021 | + Email/Text: bncmail@w-legal.com | Dec 15 2021 20:25:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516269548 | + EDI: CHASEAUTO | Dec 16 2021 01:23:00 | Chase Auto, Attn: National Bankruptcy Department, PO Box 29505, Phoenix, AZ 85038-9505 |
| 516269550 | + EDI: JPMORGANCHASE | Dec 16 2021 01:23:00 | Chase Manhatten Mortgage, Attn: Bankruptcy Department, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 516269556 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2021 20:34:30 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516444981 | EDI: ECMC.COM | Dec 16 2021 01:23:00 | ECMC, Po Box 16408, Saint Paul MN 55116-0408 |
| 516269558 | EDI: ECMC.COM | Dec 16 2021 01:23:00 | ECMC, PO Box 64909, Saint Paul, MN 55164-0909 |
| 516269560 | + EDI: WFNNB.COM | Dec 16 2021 01:23:00 | Fashion Bug, PO Box 182273, Columbus, OH 43218-2273 |
| 516269561 | + EDI: AMINFOFP.COM | Dec 16 2021 01:23:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 516269562 | + EDI: RMSC.COM | Dec 16 2021 01:23:00 | GEMB, Walmart, Attn: Bankruptcy Department, PO Box 103104, Roswell, GA 30076-9104 |
| 516269564 | + EDI: HFC.COM | Dec 16 2021 01:23:00 | HSBC Bank, PO Box 2013, Buffalo, NY 14240-2013 |
| 516269565 | + EDI: HFC.COM | Dec 16 2021 01:23:00 | HSBC/RS, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516269568 | EDI: IRS.COM | Dec 16 2021 01:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516472699 | EDI: JEFFERSONCAP.COM | Dec 16 2021 01:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516269551 | EDI: JPMORGANCHASE | Dec 16 2021 01:23:00 | Chase Mht Bank, Attn: Bankruptcy Department, PO Box 15298, Wilmington, DE 19850 |
| 516269571 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2021 20:34:24 | Merrick Bank, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516269572 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2021 20:34:23 | Merrick Bank, Attn: Bankruptcy Department, PO |

Case 16-22832-RG    Doc 121    Filed 12/17/21    Entered 12/18/21 00:15:10    Desc Imaged
                                Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Dec 15, 2021 | Form ID: 3180W | Total Noticed: 75 |

| | | | |
|---|---|---|---|
| | | | Box 9201, Old Bethpage, NY 11804-9001 |
| 516269573 | + EDI: BLUESTEM | Dec 16 2021 01:23:00 | Metabank, Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 516269575 | + EDI: MID8.COM | Dec 16 2021 01:23:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516269579 | + EDI: NAVIENTFKASMSERV.COM | Dec 16 2021 01:23:00 | Navient, Attn: Claims Department, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 516269578 | EDI: NAVIENTFKASMSERV.COM | Dec 16 2021 01:23:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 516269580 | + EDI: RMSC.COM | Dec 16 2021 01:23:00 | PC Richards & Sons, Attn: Bankruptcy Department, PO Box 103104, Roswell, GA 30076-9104 |
| 516487688 | EDI: PRA.COM | Dec 16 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 516432325 | + EDI: JEFFERSONCAP.COM | Dec 16 2021 01:23:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516430768 | EDI: Q3G.COM | Dec 16 2021 01:23:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516285802 | EDI: Q3G.COM | Dec 16 2021 01:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516269584 | + Email/Text: bankruptcy@savit.com | Dec 15 2021 20:26:00 | Sa-Vit Enterprises, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 516269586 | + EDI: CITICORP.COM | Dec 16 2021 01:23:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517268386 | + Email/Text: BKBCNMAIL@carringtonms.com | Dec 15 2021 20:25:00 | THE BANK OF NEW YORK MELLON, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 517268387 | + Email/Text: BKBCNMAIL@carringtonms.com | Dec 15 2021 20:25:00 | THE BANK OF NEW YORK MELLON, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, THE BANK OF NEW YORK MELLON, et al, c/o Carrington Mortgage Services, LLC 92806-5948 |
| 516269589 | EDI: TFSR.COM | Dec 16 2021 01:23:00 | Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054 |
| 516269588 | + EDI: WTRRNBANK.COM | Dec 16 2021 01:23:00 | Target Credit Card, Attn: Financial & Retail Services, Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 516269590 | + EDI: TFSR.COM | Dec 16 2021 01:23:00 | Toyota Motor Credit Company, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 516269591 | + EDI: VERIZONCOMB.COM | Dec 16 2021 01:23:00 | Verizon, 500 Technology Drive, Suite 30, Saint Charles, MO 63304-2225 |
| 516269592 | + EDI: VERIZONCOMB.COM | Dec 16 2021 01:23:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 516269593 | + EDI: WFNNB.COM | Dec 16 2021 01:23:00 | Victoria's Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 516269596 | + EDI: WFFC.COM | Dec 16 2021 01:23:00 | WF Finanacial Bank, Attn: Bankruptcy Department, PO Box 10438, Des Moines, IA 50306-0438 |
| 516269597 | + EDI: WFFC.COM | Dec 16 2021 01:23:00 | WF Financial, Attn: Bankruptcy Department, PO Box 29704, Phoenix, AZ 85038-9704 |
| 516269594 | + Email/Text: collect@williamsalexander.com | | |

|  |  | Dec 15 2021 20:25:00 | Waassociates, PO Box 2148, Wayne, NJ 07474-2148 |
| --- | --- | --- | --- |
| 516269595 | + EDI: WFFC.COM | Dec 16 2021 01:23:00 | Wells Fargo, 800 Walnut Street, Des Moines, IA 50309-3891 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 516269576 | *+ | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Angela Catherine Pattison | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 apattison@hillwallack.com, hwbknj@hillwallack.com |
| Angela Nascondiglio Stein | on behalf of Debtor Orville Malcolm nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Marcia Malcolm nascondiglio@middlebrooksshapiro.com |
| Brian C. Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Celine P. Derkrikorian | on behalf of Creditor Ditech Financial LLC njecfmail@mwc-law.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3, through Carrington Mortgage Services, LLC, eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Elizabeth K. Holdren | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Elizabeth K. Holdren | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Dec 15, 2021 | Form ID: 3180W | Total Noticed: 75

Jessica M. Minneci
    on behalf of Joint Debtor Marcia Malcolm jminneci@middlebrooksshapiro.com

Jessica M. Minneci
    on behalf of Debtor Orville Malcolm jminneci@middlebrooksshapiro.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Joint Debtor Marcia Malcolm middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
    on behalf of Debtor Orville Malcolm middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Scott D. Sherman
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-BC3 ssherman@minionsherman.com

TOTAL: 14